# Third District Court of Appeal

## State of Florida

Opinion filed October 13, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1896
Lower Tribunal No. 18-28950
_____

## Florencia Group, Inc.,
Appellant,

vs.

## The Bank of New York Mellon, etc.,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Veronica Diaz, Judge.

Bruce Botsford, P.A., and Bruce Botsford (Fort Lauderdale), for appellant.

Van Ness Law Firm, PLC, and Morgan L. Weinstein (Fort Lauderdale), for appellee.

Before FERNANDEZ, C.J., and SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.  See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979).